# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Wayne Porter,

        Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                          3:05CV306

USA,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by Order and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 6/9/05 Order.

June 28, 2005

FRANK G. JOHNS, CLERK

BY: *Susan Hankins*

Susan Hankins, Deputy Clerk