```
4cca-30    REV. 04/30/04          T R A N S M I T T A L   S H E E T
                                      (Notice of Appellate Action)
```

| | | |
|---|---|---|
| ___ Notice of Filing<br>___ Cross Appeal<br>___ Interlocutory Appeal<br>___ Additional NOA<br>___ Amended NOA<br>✓ Transmittal of Record<br>___ Transmittal of Certif.<br>___ Supplement to ROA<br>___ Supplemental Certif.<br>✓ Other supp to ROA | UNITED STATES DISTRICT COURT<br>for the<br>Western DISTRICT OF NC<br>at Charlotte<br>Caption:<br>Wayne Porter v. USA | District Court No.:<br>3:05-cv-306<br>4CCA No.: 05-7268<br>Consolidated with No.:<br>Case Manager:<br>**Sue Ellen Nagle** |

**Part I**
Notice of appeal is enclosed to all parties (except to appellant in civil cases); NOA, docket entries, district court opinion and order, and magistrate judge's recommendation (if applicable) are enclosed to 4CCA.

| | |
|---|---|
| 1. NOA filed: | 4. Fees<br>    ___USA no fee required<br>$5 filing fee: ___paid ___unpaid<br>$250 docket fee: ___paid ___unpaid<br>Pauper status: ___granted ___denied ___pending in dist.ct.<br>Does PLRA Apply? ___Yes ___No  3-strikes? ___Yes ___No<br>[If PLRA applies, 4CCA sends forms & acts on application] |
| 2. Amended NOA filed: | |
| 3. District Judge:<br>**Richard Voorhees** | 5. Materials Under Seal in District Court: ___Yes ___No<br>Party Names Under Seal in District Court: ___Yes ___No |
| 6. Official Ct. Reporter(s):<br><br>Contract Court Reporter:<br><br>Coordinator: | 7. Transcript<br>   In-Court Hearing Held: ___Yes ___No |
| | 8. Criminal/Prisoner Cases<br>  ___recalcitrant witness   Defendant's Address:<br>  ___on death row<br>  ___in custody<br>  ___on bond<br>  ___on probation |

**Part II**    TRANSMITTAL OF RECORD TO COURT OF APPEALS

| ORIGINAL RECORD | SUPPLEMENT TO RECORD - SUPPLEMENT # 1 |
|---|---|
| Pleadings: Vols. _____ | Pleadings: Vols. **4** |
| Transcript: Vols. _____ | Transcript: Vols. _____ |
| Exhibits: Vols. _____ | Exhibits: Vols. _____ |
| Depositions: Vols. _____ | Depositions: Vols. _____ |
| State Ct. Record: Vols. _____ | State Ct. Record: Vols. _____ |
| Sealed: Vols. _____ | Sealed: Vols. _____ |
| No. of Boxes: _____ | No. of Boxes: _____ |

Deputy Clerk: **Betsy Wallace**     Phone: **704-350-7412**     Date: **10/4/05**

RECEIVED 2005 OCT 11 A 10 U.S. COURT OF APPEALS FOURTH CIRCUIT