```
                    UNITED STATES COURT OF APPEALS
                       FOR THE FOURTH CIRCUIT

                          March 20, 2006


TO:  U. S. District Court for the
     Western District of North Carolina at Charlotte

FROM:  Amelia Brandon, Deputy Clerk


RE:  05-7268 US v. Porter
     CR-85-62
     CA-05-306


Enclosures:


Original record on appeal consisting of:
     [ 4 ] Volumes of pleadings
     [   ] Volumes of transcripts
     [   ] Volumes of exhibits
     [   ] Volumes of depositions
     [   ] SEALED volumes
     [   ] Volumes of State Court Record
     [   ] Volumes other

     [ 4 ] TOTAL VOLUME(S)

     [ 1 ] TOTAL NUMBER OF BOXES

     [   ] Other: _____


sn
```